Dear Murat & Crew,

I've enclosed the first 2 certificates of completion from the TC program. The final certificate will be given to me on 1 July 19. I will also be receiving a "non form" (!) letter from the Assistant Superintendant, Jake Collins. He has repeatedly thanked me for speaking to the childrens groups that come through the jail. He also had me speak to a delegation of upper echelon US Marshalls who were here inspecting the facility. Asst. Supt. Collins continues to have me speak to the groups that come through. Little does he know that it helps me more than he thinks it helps the kids. Telling the story of my addiction and the possibility of helping someone avoid the life I suffered through would give me meaning. Also enclosed are letters from some of the kids I spoke to! One in particular touched my soul. Thank you Murat and everyone there who has helped me at my lowest point. I appreciate you being non judgmental

AND KIND AT ALL TIMES. I'M HOPING TO GO BEFORE THE JUDGE ON THE 1ST, 2ND OR 3RD OF JULY TO GET TO FIX THINGS WITH MY CHILDREN. I HATE TO ADMIT IT BUT THIS TC PROGRAM PROBABLY SAVED MY LIFE. IT MADE ME LOOK INTO MYSELF AND DISCOVER WHY I WAS MASKING MY PAIN WITH DRUGS, WHY I HID MY FEELINGS WITH DRUGS, AND WHY I LET THE DRUGS TAKE OVER. I'M NOT GOING TO SIT HERE AND TELL YOU I'M CURED OF MY DISEASE EITHER, BUT I WILL TELL YOU I'M A RECOVERING ADDICT AND NOT JUST AN ADDICT. I'VE LEARNED THE TOOLS I'LL NEED TO STAY AWAY FROM SITUATIONS WHERE I'D DO DRUGS AND I'VE LEARNED WHAT TO DO IF I AM TEMPTED. MOST IMPORTANTLY, I'VE LEARNED WHAT MY REAL PRIORITIES ARE. THANK AGAIN FOR EVERYTHING MURAT, CHRIS, SHAH, VICTOR AND EVERYONE ELSE. PEACE BE UNTO YOU MY FRIENDS.

PS. CAN I GO TO MY MASSACHUSSETTS ADDRESS IF I GET PRE TRIAL RELEASE? I DON'T HAVE A PLACE IN MAINE CONDUSIVE TO SOBER LIVING. IT WOULD BE IN BOURNE, MA 02523

THANK YOU FOR HELPING TO SAVE MY LIFE.

LOVE NEIL DEXTER

# Certificate of Completion

This is to certify that

## Neil Dexter

Has completed Phase One of the Men's Therapeutic Community Program at SCDOC

Date: 5/4/2019
Control # MTC 13-805

_____
SCDOC Programs

# Certificate of Completion

This is to certify that

## Neil Dexter

Has completed Phase Two of the Men's Therapeutic Community Program at SCDOC

Date: 6/3/2019
Control # MTC 13-818

_____
SCDOC Programs

Dear Neil, F████, and T████

I want to extend my deepest thanks for having such a profoundly positive impact on my students. They gained an insight from all of you that has deeply impacted them. All of you are not only very good people, you are also men of courage. I can imagine it was very difficult to go in front of a group of people and share the most intimate aspects of your lives. You somehow transcended that fear and were able to share in the most articulate and convincing manner. You held the complete attention of all of my students. You extended courtesy to all of them and answered all of their questions even though some of the questions were highly personal. All of my students walked away with an admiration of the completely real and transparent way in which you shared. There was not one speck of judgment, only respect for three people who are trying to bounce back.

Neil - thank you for sharing your story. When my student ████ asked the first question, your were so respectful and gentle with him. You are a strong man who is definitely a leader. Today you used that capacity in the most productive way. You encouraged students to resist temptation, to value school, and to live a life of integrity even though it might be boring. I love how you shared how the TC program has helped you with restraining your impulses, even when people disrespect you. Some of my students need to work on that habit of self-restraint and you shared your struggles and how you are experiencing successes in that area. You sent the message that strong men are gentlemen. Lastly, the whole class was deeply moved and grieved by the abuse and neglect that you experienced in childhood. We all were very sad that you went through all of that horror. You deserved the care, gentleness and nurturing attention that all children need to grow in a healthy manner. We are very sorry that you had to go though that. I also apologize for any teacher or teachers in your past that failed to extend the love and support that you needed. A school should have been a refuge for you. Your birthday should have been recognized and celebrated. Coaches and school staff should have circled you with protection and showered you with encouragement. They should have helped you back up with a sense of patience that never judges but always helps. The best teachers reach student who are most vulnerable and even they act like pains in the neck, we need to show patience and unconditional care. I am sorry this did not happen for you. You deserved all of that and then some more. Please know that in spite of all of that, you gave back to my students when we visited. You are quite talented at speaking in front of people and have a knack for encouraging young people, so I hope that you will continue to give back in the future by continuing to share your story. I can imagine that it could help remind that you are very valuable and you can literally save young people from the destructive consequences of addiction.

████ Thank you so much for sharing. The abuse you endured at a young age was heartwrenching. The fact that it was something you coped with without the help of a caring adult made me feel like the abuse was especially hurtful. You managed by doing well in school and enjoying activities such as Boy Scouts, but you revealed to the students that suppressing hurt from abuse will not allow the healing to take place. Reaching for a substance will only temporarily numb the pain. Entering into the light by sharing one's hurts and gaining the help

through therapy and mindfulness techniques can provide a path toward recovery. My class and I want to extend our deepest encouragement to you. We hope and pray for the unification of your family and that you will get back on your feet with gratifying job and some space to feel whole.

███ - Thank you very much for sharing your story. My students were struck on how your story seemed to fit the very common problem of over-prescribing of opioids. You were very quick to take full responsibility for your actions, but I must extend my empathy towards you. One of my students alluded to the reality that a different approach to pain therapy could very well have prevented the slippery slope toward your addiction. I got the sense that you are a resilient person and you are well on your way to recovery. I am very thankful for the respectful and responsible demeanor you displayed in front of my students. We all got the sense that you can be more than a conqueror of this addiction. We all think you can do it! In a step-by-step way, you can be lifted out of this season in your life to a place of wellness and peace. Please know that we are all rooting for you!

In conclusion, we wish you all the very best. We are cheering you on and want to extend our most sincere encouragement and support. We celebrate your victories, mourn your losses and pray the best for your families.

With gratitude,

███

May 21, 2019

Dear Neil,

How are you? My name is ▮ and I was one of the students from Portsmouth High School that came to visit on Friday, May 17th. The group was built of fifteen to eighteen year olds from Mr. T▮ law class and American studies class. I'm in the law class and I decided to take it because I was interested in learning about the justice system and our human rights in America. Just because the room was kind of small and I sat in the back, I was unable to see while you spoke, but I heard your stories and responses loud and clear. You said growing up life was always tough for you; getting into drugs when you were eleven and being locked in the closet because your father imagined you were the Vietcongs. My parents are both refugees from Asia, and I'm not sure if you went through this as well, but my hometown is dominantly white and families were mainly middle class. I was surrounded by people who had enough money to do things they wanted and resources that opened up valuable opportunities. I'm lucky I had the opportunity to listen to your story and much respect for volunteering to share.

From your story, I learned that family life can sometimes begin bad, but at the end of the day we love one another and there's someone who has your back. I hope there was a caring, loving, and supportive person in your life that had your back when times were tough. Tim said something like, "drugs don't define you as a person. You can be a good person with an addiction." Drugs are a controlling and addicting product that can spiral a person's life. I don't know the story that made you do drugs for the first time, but what's important now is your recovery and reflection on the consequences for what you did. In high school, I'm constantly making mistakes and sometimes I have no idea what I'm doing. I'm still growing and learning

and so is everyone else in this world. I believe the program will better you as a person and give you a speedy recovery.

The mistakes you made were definitely bad and should be frowned upon, but you can learn from those mistakes and bounce back up! The world has so much to offer and the people who care for you miss you greatly. Some healthy habits that work for me is reading books (not the news because it makes me sad), taking a clean shower, drinking water, exercise, meditating, and doing one act of kindness a day. Your a strong man with wicked tattoos and I know you'll come out as a changed and even stronger person!

                                              All the best,

[signature redacted]

Dear ███ T███ and Neil

Just wanted to start by saying thanks for your willingness to openly tell your stories and give insight into the disease addiction is, and the ways in which it can change people. I could see with all three of you that there was regret over the decisions you've made, and a legitimate want in your lives to turn things around for the better. I saw a lot of things where I was able to relate in your stories, hiding away issues with the mask of good grades and keeping busy between athletics and work. There was a lot more as well that I don't want to disclose, but I don't think any of you are bad people, and weren't naturally disposed to the lives you all ended up taking on. Whether it was a rough childhood or getting hooked off of a prescription, none of you started off as bad people and all hold an opportunity for something better ahead of you. T██ and R██ you two have families at home that are awaiting your arrival back and don't have too much time left, take this chance to turn a mistake in a learning ground and be the person who you would've been if it weren't for the drugs, it's a day by day struggle but you have family there with you proud of every small step that you take and that has been there with you through it this far. GIve your children the father's they deserve, and help them stray away from the path you fell down. And for Neil, it's a long time and that sucks, but it isn't life. There's one more opportunity to live a bit of a normal life left for you, an opportunity to prove you can finally beat your addiction, that you can take control of a demon thats haunted you since childhood. It's a struggle especially considering that it's a long time away, but when the opportunity does come, don't waste it. Give yourself the joy of a normal life before there isn't a chance to anymore, I'm sorry for the childhood you faced and how a lack of help brought you down a bad path, take back your what left of your life and be ready to enjoy the sun once you get out.

Hello T███ R███ and Neil,

    I'm sorry you had to get on drugs. I'll never do that, and I know that I'll never try to beat the law. There are several times where you steal stuff and do drugs that you aren't supposed to do and they never catch you, but the one time they do catch you, you get put in jail. I praise their programs to help you control your anger and addiction, though, and I hope they continue to do that. I don't like how predictable and under-staffed the jail system is, and I think that needs to be fixed. I think that your lessons matter a lot in a society where a lot of people vape.

    I'd like to find some way to make the prison more staffed in order to help you. I love how a lot of you are able to contact your families almost every day. I think that really helps break away the loneliness of it all, though I wish more people that you were really close with would visit you in jail. A lot of people say they're best buds with you and when you make one bad mistake, they forget you. That must be very heartbreaking for you. A lot of people in this society smoke, and I think that seeing what that did to you would really help them quit. I hope you continue to solve your anger management issues and addictions using those classes effectively and become a model prisoner. I'm sorry that you had to end up there, but I believe that it will get better for you.

Thank you,
S███

Dear T▮R▮ and Neil,

I was very honored to hear the three of you speak during our visit to the Stratford County Jail on Friday. The stories you shared with us were eye opening to me and the others students. The questions that I asked you about your childhood and what it was like growing up made me realize that many inmates are not only people like us but are people who in fact just need help. Tim's story about being a paramedic, R▮ experience as a soldier, and Neil's story about his violent childhood are very different, but the results were the same. The correction officers were very nice and respectful to me and the others and it seems that you are also treated with respect. This visit helped me understand the New Hampshire jail system and how it appears that a major goal is to keep everyone safe as you serve your time. The courage it took you to open up to us shows that you are brave, humble men. I would like to send good wishes to the three of you. I would also like to thank you for sharing such powerful stories with me.

Sincerely,

R

Dear, T█ R█ and Neil

Whats up fellas. I'd like to first thank you all for speaking with us, I know it's probably not what your ideal friday is, but I hope we were good guests and listeners, because trust me we listened. One thing in particular that Neil said really made me think. When you said that you would trade anything for a boring "white picket fence" life, made me think that while a boring life would be boring of course, at least it would be stable and secure, and ain't that what everyone wants in life, happy wife and a roof over your heads. █ i'm sorry that the pharmaceutical system failed you and got you hooked, I don't know you well, but you seem like a good person who deserves a second chance, I have a few loved ones who have slipped up with opioids from time to time so i've seen first hand how hard it is to break the cycle, however i believe in you, you can rehabilitate, I know you can. R█ your story of putting on a front at school and in public really hit home with me because sometimes I'll do that to cover up less than desirable parts of my life, but whatever abuse you suffered, just know youll be out of jail soon, back with your wife and kids, I'm sure they miss their dad, and rejoice in the fact that no matter how much life throws at you, you've made it this far, and █ I truly believe nothing from here on out can break your spirit, you are a strong and capable peron, do your time and when you get out show life who's boss, I know you can. You all seem like excellente people who just have gotten unlucky time after time, keep going through the programs and get out a better versions of yourselfs, good luck.

Sincerely: J█