| Date | Status | Local Result | | NTL Result |
|---|---|---|---|---|
| 03/17/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 02/18/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 02/13/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 02/03/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 01/16/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 01/13/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 01/03/2020 | Collected | ⓘ | Negative | No NTL Tests |
| 12/30/2019 | Collected | ⓘ | Negative | No NTL Tests |
| 12/19/2019 | Collected | ⓘ | Negative | No NTL Tests |
| 12/17/2019 | Collected | ⓘ | Negative | No NTL Tests |
| 09/25/2019 | Collected | ⓘ | Positive | No NTL Tests |
| 09/11/2019 | Collected | ⓘ | Positive | No NTL Tests |
| 09/09/2019 | Collected | ⓘ | Positive | No NTL Tests |
| 08/29/2019 | Collected | ⓘ | Negative | No NTL Tests |
| 08/26/2019 | Collected | ⓘ | Positive | No NTL Tests |
| 08/01/2019 | Collected | ⓘ | Negative | No NTL Tests |
| 07/29/2019 | Collected | No Local Tests | | ⓘ Negative |
| 07/29/2019 | Collected | ⓘ | Positive | No NTL Tests |
| 07/25/2019 | Collected | ⓘ | Negative | No NTL Tests |

Add a new record